THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON GARRETT | : | |
| | : | |
| Petitioner | : | |
| v. | : | 3:11-CV-2232 |
| | : | (JUDGE MARIANI) |
| COURT OF COMMON PLEAS and | : | |
| PA STATE ATTORNEY GENERAL | : | |
| | : | |
| Respondents | : | |

FILED
SCRANTON
NOV 07, 2012
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 7TH DAY OF NOVEMBER, 2012,** upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 3) is **ADOPTED**.

2. The case is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge